METROPOLITAN LIFE INSURANCE COMPANY, ET AL. v.
DIRECTOR, DIVISION OF TAXATION.

December 16, 1986.

Petition for certification denied.

BOROUGH OF WILDWOOD CREST, ETC. v.
CECILE O. SMITH, ET AL.

December 16, 1986.

Petition for certification denied.   (See 210 *N.J.Super.* 127)

BOROUGH OF WILDWOOD CREST, ETC. v.
CECILE O. SMITH, ET AL.

December 16, 1986.

Cross-petition for certification denied.   (See 210 *N.J.Super.*
127)